THE PEOPLE OF THE STATE OF NEW YORK ex rel. TIMOTHY BREWSTER, Appellant, v. JOSEPH H. BROPHY, Warden of Auburn State Prison, Auburn, New York, Respondent.— Order affirmed, without costs. All concur. (The order dismisses a writ of habeas corpus and remands relator into custody.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.